Jodi L. Mullis
Arizona Bar No. 024044
jlmullis@wshblaw.com
Mia Nguyen
Arizona Bar No. 030796
mianguyen@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax 602-441-1350

*Attorneys for Champion Hotel Investment of Phoenix, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>    v.<br><br>Champion Hotel Investment of Phoenix, LLC,<br><br>    Defendant. | Case No. 2:17-cv-03834-DJH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to: Hon. Diane J. Humetewa) |

The Parties, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 2nd day of October, 2018.

WOOD, SMITH, HENNING & BERMAN LLP

By: */s/Mia Nguyen*
JODI L. MULLIS
MIA NGUYEN
*Attorneys for Champion Hotel Investment of Phoenix, LLC*

LEGAL:10204-0018/9941909.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of the Notice of Electronically Filing to the following CM/ECF registrant:

Peter Strojnik
STROJNIK P.C.
2375 East Camelback Road, Suite 600
Phoenix, Arizona 85016
ada@strojnik.com
*Attorney for Plaintiff*

Peter K. Strojnik
THE STROJNIK FIRM, LLC
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
pstrojnik@strojniklaw.com
*Attorney for Plaintiff*

By:   */s/ Jennine L. Warburton*
      Jennine L. Warburton
      jwarburton@wshblaw.com