# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-03834-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Champion Hotel Investment of Phoenix LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 30), filed on October 2, 2018,

**IT IS ORDERED** approving the Stipulation (Doc. 30) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Plaintiff's pending Motion to Stay (Doc. 27).

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 2nd day of October, 2018.

Honorable Diane J. Humetewa
United States District Judge